IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) MISTY HARDEN – DOSS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CV-529-GKF-PJC |
| | ) | |
| (1) COUNTRY MUTUAL INSURANCE | ) | JURY TRIAL DEMANDED |
| COMPANY D/B/A COUNTRY FINANCIAL, | ) | ATTORNEY LIEN CLAIMED |
| | ) | |
| Defendant, | ) | |
| | ) | |

COMPLAINT

COMES NOW Plaintiff, Misty Harden–Doss, in support of her Complaint and causes of action against the Defendant COUNTRY MUTUAL INSURANCE COMPANY D/B/A Country Financial ("Country"), alleges and states as follows:

1. Plaintiff is a citizen and resident of the City of Tulsa, County of Tulsa, State of Oklahoma.
2. "Country" is a Corporation incorporated under the laws of the State of Illinois with its headquarters and principal place of business in Illinois.
3. Complete diversity of citizenship exists between Plaintiff and Defendant.
4. On or about August, 11, 2014, the Plaintiff sustained a loss to her home as the result of an accidental discharge of water which was determined to have originated within a plumbing system on the property.
5. A claim was made with "Country", pursuant to the terms of Plaintiff's insurance policy, and assigned claim number 165-0022945. At "Country's" request, and in reliance thereon, contractors were retained to evaluate the damage to Plaintiff's home and provide "Country" with an estimate for repairs.
6. Due to significant health issues experienced by Plaintiff, a professional was asked to inspect the home. This inspection revealed that the home was uninhabitable.

7. Throughout the investigation of the claim, "Country" never advised Plaintiff that her Claim was going to be denied.
8. "Country" has wholly failed, refused and neglected to pay Plaintiff's claim.
9. The Defendant, Country Mutual Insurance Company d/b/a Country Financial, breached its contract of insurance with the Plaintiff by refusing to pay the legitimate claim under her policy of insurance.
10. The Actions of Defendant in adjusting the loss suffered by Plaintiff was a reckless and willful failure to exercise good faith and fair dealing, for which Plaintiff suffered severe emotional distress, loss of monies and other damages.

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendant for a sum in excess of $10,000.00 actual damages, a sum in excess of $75,000.00 for punitive damages, interest, costs, attorneys' fees and such other further relief to which they are deemed entitled.

Respectfully Submitted,

THOMAS & FUNDERBURK, PLLC

By  /s/William D. Thomas
William D. Thomas, OBA 21554
Attorney for Plaintiff
1516 S. Boston Ave, Suite 115
Tulsa, Oklahoma 74119
918-289-0150
Fax: (918) 835-2125
E-Mail: doug@thomasfunderburk.com