# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY HARDEN-DOSS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 14-CV-529-GKF-PJC |
| | ) |
| COUNTRY MUTUAL INSURANCE | ) |
| COMPANY D/B/A COUNTRY FINANCIAL, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter has come before the court and the court has entered an order granting the Motion for Summary Judgment of defendant Country Mutual Insurance Company.

It is therefore ordered that plaintiff Misty Harden-Doss recover nothing, the action be dismissed on the merits, and defendant Country Mutual Insurance Company recover costs from plaintiff Misty Harden-Doss.

ENTERED this 8th day of September, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT